112933

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-1800 DWF/RLE **Case Title:** Tom and Christy Anderson v. Deputy J.T. Harris, individually & as a Hubbard Cty. Deputy, Officers Haag and Parks, individually & Park Rapids Police Officers, City of Park Rapids & Hubbard County, MN

**Affidavit of Movant**

I, Timothy O'Keeffe, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Chris M. Kennelly an attorney admitted to practice in the ________________ District of North Dakota, but not admitted to the bar of this court, who will be counsel for the (x) plaintiff ( ) defendant Tom&Christy Anderson in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature – Timothy M. O'Keeffe — 0292011 MN Attorney License # — February 27, 2002 Date

**Affidavit of Proposed Admittee**

I, Chris M. Kennelly, am currently a member in good standing of the U.S. District Court for the ________________ District of North Dakota, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Chris M. Kennelly — Type/Print Name
Signature
February 27, 2002 — Date

Attorney License Number: ND #05560

Law Firm Name & Address: Solberg Law Office
P.O. Box 1897
Fargo, ND 58107-1897

Telephone: ( )701-237-3166

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

MAR 08 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.