**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tom Anderson and Christy Anderson,

Plaintiffs,

vs.

Deputy J. T. Harris, individually and as a Hubbard County Deputy, Officer Haag, Officer Parks, individually and as Park Rapids Police Officers, City of Park Rapids, Minnesota, a municipal corporation, and Hubbard County, Minnesota, a political subdivision,

Defendants.

Court File No: 01-CV-1800 DWF/RLE

**NOTICE, CONSENT, AND ORDER OF REFERENCE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

---

**NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

**CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Tom and Christy Anderson | Timothy M. O'Keeffe | 10-3-02 |
| City of Park Rapids, Tom Haag and Scott Parks | Jason J. Kuboushek | 9-27-02 |
| Hubbard County and J. T. Harris | Roger L. Rowlette | 9-26-02 |

**ORDER OF REFERENCE**

IT IS ORDERED that this case be referred to Raymond L. Erickson, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

Dated: 10/9/02

United States District Judge