UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Tom Anderson and
Christy Anderson,

Plaintiffs,

vs. ORDER OF DISMISSAL

Deputy J.T. Harris, individually
and as a Hubbard County Deputy,
Officer Haag, Officer Parks,
individually and as Park Rapids
Police Officers, City of Park
Rapids, Minnesota, a municipal
corporation, and Hubbard County,
Minnesota, a political subdivision,

Defendants. Civ. No. 01-1800 (RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

DATED: October 16th, 2002
At Duluth, Minnesota

Raymond L. Erickson
United States Magistrate Judge

OCT 16 2002