UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No. 01-CV-1800 (RLE)

Tom Anderson and Christy Anderson,

Plaintiffs,

vs.

Deputy J.T. Harris, individually and as a Hubbard County Deputy, Officer Haag, Officer Parks, individually and as Park Rapids Police Officers, City of Park Rapids, Minnesota, a municipal corporation, and Hubbard County, Minnesota, a political subdivision,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

and ORDER

---

The undersigned attorneys hereby advise the Court that plaintiffs hereby dismiss all claims against Thomas Haag and Scott Parks, in both their individual and official capacities as police officers for the City of Park Rapids, and all claims against the City of Park Rapids or any employee for the City of Park Rapids, as a result of the incident and allegations and damages alleged in Plaintiffs' Complaint. The consideration for this dismissal is zero dollars, with the agreement by Thomas Haag, Scott Parks and the City of Park Rapids not to tax costs against plaintiffs, or otherwise seek recovery for any attorney's fees, or expenses incurred in connection with this matter.

Plaintiffs also agree to a dismissal of all claims against J.T. Harris, in both his individual and official capacity as a deputy for Hubbard County, and all claims against Hubbard County or any employee of Hubbard County, pursuant to the terms of a separate Release and resolution of this claim at the October 9, 2002, mediation.

17

Plaintiffs Tom Anderson and Christy Anderson affirmatively consent to this dismissal on the terms set forth above. Plaintiffs acknowledge they have been fully advised of the merits of this matter by their attorneys and requests the Court to sign the attached Order. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN the plaintiffs hereto and their attorneys, and the defendants through their respective undersigned attorneys, that the claims against T.J. Harris, Thomas Haag and Scott Parks, in their individual capacity and official capacity, and any potential claim against Hubbard County, the City of Park Rapids or any of their respective employees (in individual or official capacities), may be, and hereby are, dismissed on the merits and with prejudice, but without costs, disbursements or attorney's fees to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiffs' claims, without costs, attorneys fees, or disbursements to any of the parties, may be entered herein.

Dated: 10-22-02

Tom Anderson

Dated: 10-22-02

Christy Anderson

SOLBERG LAW OFFICE

Dated: 10-22-02

By
Timothy M. O'Keeffe
Chris M. Kennelly
Attorneys for Plaintiffs
1129 5th Avenue South
P.O. Box 1897
Fargo, ND 58107-1897

JOHNSON & LINDBERG, P.A.

Dated: 10-14-02

By ____________________
Roger Rowlette
Attorneys for Hubbard County Defendants
7900 International Drive, Suite 960
Minneapolis, MN 55425-1582

IVERSON REUVERS, LLC

Dated: 10/9/02

By: ____________________
Jon K. Iverson, I.D. #146389
Jason J. Kuboushek, I.D. #304037
Attorney for City of Park Rapids Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action against Thomas Haag and Scott Parks, in both their individual and official capacities as police officers for the City of Park Rapids, and all claims against the City of Park Rapids or any employee for the City of Park Rapids, as well as all claims against T.J. Harris, in his individual and official capacities as a Deputy Sheriff for Hubbard County and all claims against Hubbard County or any employee for Hubbard County, be, and the same hereby are, dismissed with prejudice and on the merits, but without costs, attorneys fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 28 day of October, 2002.

BY THE COURT:

Raymond L Erickson

United States Magistrate Judge
Raymond L. Erickson

## JUDGMENT

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action against Thomas Haag and Scott Parks, in both their individual and official capacities as police officers for the City of Park Rapids, and all claims against the City of Park Rapids or any employee for the City of Park Rapids, as well as all claims against T.J. Harris, in his individual and official capacities, and Hubbard County or any employee for Hubbard County, be, and the same hereby are, dismissed with prejudice and on the merits, but without costs or disbursements to any party.

WITNESS THE HONORABLE ______________________________, one of the Judges of this Court, this ___ day of ________________, 2002.

BY THE COURT:

________________________________
Clerk of District Court